# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | |
|---|---|
| PULMOREHAB, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>MORISETTY MEDICAL ASSOCIATES, INC., a Pennsylvania corporation,<br><br>    Defendant. | **Civil Action 2:20-cv-01167-JLG-CMV**<br>**Judge James L. Graham**<br>**Magistrate Judge Chelsey M. Vascura** |

## **DECLARATION OF MATTHEW J. MEYER**

I, Matthew J. Meyer, in support of the Motion to Appear *Pro Hac Vice* [Dkt. 10], and pursuant to this Court's Notice of Deficiency [Dkt. 11], declare under penalty of perjury as follows:

1. I am in good standing as an attorney at law with the Florida Supreme Court, the highest court of the State of Florida. I will file a Certificate of Good Standing from the Court upon my receipt of that Certificate.

2. There are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2020.

                                                                                     _____
                                                                                      Matthew J. Meyer, Esq.